IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SAUL JEREMY HERNANDEZ, JR. | § | |
| (Comal County #646408) | § | |
| | § | |
| V. | § | W-22-CV-039-ADA |
| | § | |
| HAYS COUNTY and MILAM COUNTY | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner Saul Jeremy Hernandez, Jr.'s Petition for Habeas Corpus Relief and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Saul Jeremy Hernandez, Jr.'s Petition for Habeas Corpus Relief is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

It is finally **ORDERED** that the above styled and numbered cause is **CLOSED**.

SIGNED this 23rd day of February, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE